IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLO MORISSETTE,

    Petitioner,

vs.                                       CASE NO. 4:11-cv-337-SPM/CAS

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 16). Petitioner has been afforded an opportunity to file objections. No objections were filed. Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 16) is **adopted** and incorporated by reference into this order.

2.     The motion for leave to proceed *in forma pauperis* (doc. 5) is **denied as moot**.

3.     The § 2241 petition filed by Petitioner (doc. 1) is **dismissed**

because it was prematurely filed and failed to demonstrate that he was entitled to relief.

DONE AND ORDERED this 18th day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge
